IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLEN LEE DEAL, #219889, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-CV-358-WHA |
| K-9 UNIT CAPTAIN, | ) (wo) |
| Defendant. | ) |

**ORDER**

On March 13, 2017, the Magistrate Judge filed a Recommendation (Doc. #8) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and his failure to properly prosecute this action;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 4th day of April, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE